UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION OF THE
UNITED STATES OF AMERICA FOR
NONDISCLOSURE ORDER PURSUANT TO           Miscellaneous Case. No. 14-296 (JMF)
18 U.S.C. § 270B(b) FOR GRAND JURY
SUBPOENA #GJ2014031422765

**ORDER**

This Court is in receipt of an Application from the government requesting that Twitter, Inc., be prohibited from notifying any person of the existence or content of federal grand jury subpoena #GJ2014031422765 for a period of either ninety (90) days, or until further order of this Court, whichever is shorter. The Court invites Twitter to intervene as the respondent in this matter so that it may be heard on the merits of the government's Application.

Although the government's Application remains under seal, the docket in this matter will be public. A copy of the government's sealed Application and proposed order will be provided to Twitter in conjunction with a copy of this Order. Twitter should file a notice on ECF by March 28, 2014, indicating whether it wishes to be heard on the merits of the government's Application. All filings in this matter should be public and not under seal unless expressly authorized by the Court.

It is hereby **ORDERED** that Twitter shall file a notice of whether it intends to be heard by March 28, 2014; and

It is further **ORDERED** that Twitter shall not disclose to any individual outside of Twitter any non-public information about federal grand jury subpoena #GJ2014031422765 pending the resolution of this matter and a further order from this Court.

**SO ORDERED**.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE