**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE APPLICATION OF THE
UNITED STATES OF AMERICA FOR
NONDISCLOSURE ORDER PURSUANT TO          Miscellaneous Case. No. 14-296 (JMF)
18 U.S.C. § 2705(b) FOR GRAND JURY
SUBPOENA #GJ2014031422765

**AMENDED ORDER**

This Court is in receipt of an Application from the government requesting that Twitter,

Inc., be prohibited from notifying any person of the existence or content of federal grand jury

subpoena #GJ2014031422765 for a period of either ninety (90) days, or until further order of this

Court, whichever is shorter. The Court invites Twitter to intervene as the respondent in this

matter so that it may be heard on the merits of the government's Application.

Although the government's Application remains under seal, the docket in this matter will

be public. In a separate Order, the Court will request that the government file a public, redacted

copy of the Application and its proposed order. Twitter should file a notice on ECF by March 28,

2014, indicating whether it wishes to be heard on the merits of the government's Application. All

filings in this matter should be public and not under seal unless expressly authorized by the

Court.

It is, therefore, hereby **ORDERED** that Twitter shall file a notice of whether it intends to

be heard by March 28, 2014; and

It is further **ORDERED** that Twitter shall not disclose to any individual outside of

Twitter any non-public information about federal grand jury subpoena #GJ2014031422765

pending the resolution of this matter and a further order from this Court.

**SO ORDERED**.

2

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE