**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


IN RE APPLICATION OF THE
UNITED STATES OF AMERICA FOR
NONDISCLOSURE ORDER PURSUANT TO          Miscellaneous Case. No. 14-296 (JMF)
18 U.S.C. § 2705(b) FOR GRAND JURY
SUBPOENA #GJ2014031422765

**ORDER**

On March 21, 2014, this Court invited Twitter, Inc. to intervene as a respondent so that it may be heard on the merits of the government's Application for a nondisclosure order pursuant to 18 U.S.C. § 2705(b). See Amended Order [#3]. When the Court provided Twitter's counsel with a copy of its Order, it also included an unredacted copy of the government's Application and proposed order. Shortly thereafter, counsel for the government contacted the Court with concerns that the information contained in two paragraphs is protected under Rule 6(e) of the Federal Rules of Criminal Procedure. Although the Court's Order explicitly ordered that Twitter "shall not disclose to any individual outside of Twitter any non-public information" about the grand jury subpoena at issue, at the government's request, the Court contacted counsel for Twitter later that evening and was assured that all copies of the unredacted Application had been destroyed or deleted.

Nevertheless, the Court believes that, given the right of public access to court documents, as much material as possible should be made public. Counsel for the government raised concerns only about information contained in parts of paragraphs two and three of the Application. Given that nothing else in the Application provides any information that would tend to disclose matters occurring before the grand jury, there is no reason that a redacted copy of the Application cannot be made public.

It is hereby **ORDERED** that the government shall file a public, redacted copy of the

Application and draft order by March 26, 2014.

**SO ORDERED**.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE