UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**IN RE APPLICATION OF THE**       )
**UNITED STATES OF AMERICA FOR**   )
**NONDISCLOSURE ORDER PURSUANT**   )   Misc. Action No. 14-296
**TO 18 U.S.C. § 2705(b) FOR**     )
**GRAND JURY SUBPOENA**            )
**#GJ2014031422765**               )
_____)

### ORDER

The government has filed an appeal from two orders by Magistrate Judge Facciola in this matter regarding the government's application for an order pursuant to 18 U.S.C. § 2705(b).  One order, dated March 24, 2014, invited Twitter, Inc. ("Twitter") to intervene as a respondent and file a notice with the court on whether Twitter intended to be heard on the merits of the government's application, and further ordered Twitter not to disclose to any individual information regarding the government's ongoing federal grand jury investigation.  The other order, dated March 24, 2014, instructed the government to file a public redacted copy of its application for a non-disclosure order and a proposed order.  The government has also moved to seal its appeal from the March 24, 2014 orders entered.  In light of the government's appeal, it is hereby

ORDERED that Twitter not file in this matter during the pendency of this appeal any notice on the public docket indicating the intent of the company to be heard on the merits of the government's non-disclosure application, or any other filing.  It is further

ORDERED that the government's motion to seal its appeal be, and hereby is, GRANTED.

SIGNED this 27th day of March, 2014.

 

 

_____
RICHARD W. ROBERTS
Chief Judge