# UNITED STATES DICTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR NONDISCLOSURE ORDER PURSUANT TO 18 U.S.C. § 2705(b) FOR GRAND JURY SUBPOENA # GJ2014031022709 | Misc. No. 14-287 (RWR) (JMF) |
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR NONDISCLOSURE ORDER PURSUANT TO 18 U.S.C. § 2705(b) FOR GRAND JURY SUBPOENA # GJ2014031422765 | Misc. No. 14-296 (RWR) (JMF) |

### MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The American Civil Liberties Union and the American Civil Liberties Union of the Nation's Capital (collectively, "ACLU") move for leave to file under seal the Motion to Unseal Memorandum Opinion and Accompanying Orders that has been provisionally filed under seal in these cases.

Although the ACLU believes that its Motion to Unseal should eventually be made public in its entirety, it requests leave to file under seal at this time, as a public filing might be viewed as undermining the Court's decision to place its earlier orders and opinion in these cases under seal.

A redacted version of the ACLU's Motion to Unseal, omitting the sensitive portions, is attached to this public submission.

Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer

American Civil Liberties Union
    of the Nation's Capital
4301 Connecticut Ave., N.W., Suite 434
Washington, DC 20008
Phone: (202) 457-0800
Fax: (202) 457-0805


Alex Abdo
Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654

*Counsel for Movants*

May 9, 2014