
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION OF THE          :     Misc No.   14-mc-296 (BAH)
UNITED STATES OF AMERICA FOR  :
NONDISCLOSURE ORDER              :
PURSUANT TO 18 U.S.C. 2705(b)   :
FOR GRAND JURY SUBPOENA     :
#GJ2014031422765                      :

### GOVERNMENT'S REPORT REGARDING ITS POSITION ON THREE PENDING MOTIONS AND LAPSING OF NONDISCLOSURE ORDER

Pursuant to the Court's Order issued January 17, 2017, the United States hereby provides the following Report (1) regarding the government's position respecting three pending motions docketed on ECF as numbers 8, 13, and 14; and (2) confirming that the nondisclosure order barring Twitter, Inc., from notifying the customer or subscriber of the existence of the issued grand jury subpoena #GJ2014031422765 has lapsed.

    A. ECF No. 8:   MOTION OF THE AMERICAN CIVIL LIBERTIES UNION AND THE AMERICAN CIVIL LIBERTIES UNION OF THE NATION'S CAPITAL TO INTERVENE AND FOR UNSEALING, AND FOR LEAVE TO FILE MEMORANDUM AS AMICUS CURIAE

The government respectfully submits that the Motion to intervene and for leave to file a memorandum as *amicus curiae*, filed April 16, 2014, is moot because former Chief Judge Roberts issued a ruling in a Memorandum Opinion on April 28, 2014, addressing and resolving the issues which the Motion to intervene and leave to file a memorandum was intended to address.

The government does not object to the unsealing of the Order issued by former Magistrate Judge Facciola inviting Twitter, Inc., to intervene as a respondent (Amended Order; ECF No. 3), and former Magistrate Judge Facciola's Order requiring the government to file a public, redacted copy of its section 2705(b) nondisclosure Application (ECF No. 4). The government objects to the unsealing of its Application for an order of nondisclosure and proposed order, pursuant to 18

U.S.C. § 2705(b), unless the Application is redacted to excise information covered by Federal Rule of Criminal Procedure 6(e).

    B. ECF No. 13:   MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL AND MOTION TO UNSEAL MEMORANDUM OPINION AND ACCOMPANYING ORDERS (Redacted)

The ACLU filed its Motion to Unseal Memorandum Opinion and Accompanying Orders on May 9, 2014.   On May 16, 2014, former Chief Judge Roberts filed at ECF, No. 18, a redacted version of the Court's Memorandum Opinion in which a portion of one sentence is blackened and thus excised.   The Motion to Unseal Memorandum Opinion, we respectfully submit, is therefore moot.

The government has no objection to the unsealing of the Order issued by former Chief Judge Roberts in the above-captioned matter.   That Order instructed Twitter, Inc., not to disclose the existence or content of subpoena #GJ2014031422765, or the Chief Judge's Order, for 90 days or until further order of the Court.   Ninety days having elapsed without any further nondisclosure orders having been issued, it follows that Twitter, Inc., is now free to disclose the existence of the Order.   Under those circumstances, the government has no objection to the unsealing of the Order.

    C. ECF No. 14:   MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL AND MOTION TO UNSEAL MEMORANDUM OPINION AND ACCOMPANYING ORDERS (Unredacted)

This Motion is the same as that filed in ECF No. 13.   It is unredacted and filed under seal.   The Motion addresses the same issues and seeks the same relief as that filed in ECF. No. 13.   The government's response is thus the same.

D. LAPSING OF NONDISCLOSURE ORDER

The government confirms that the Order barring Twitter, Inc., from notifying the subscriber or customer of the existence or content of the issued grand jury subpoena #GJ2014031422765 has lapsed.

<div style="text-align:right">

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar Number 415793

By: /s/ Corbin A. Weiss

Corbin A. Weiss
Assistant United States Attorney
CA Bar Number 122961
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-1718 telephone
(202) 514-6010 facsimile
Corbin.weiss@usdoj.gov

</div>

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was served upon intervener's counsel via electronic mail to counsel, this 27th day of January 2017.

Arthur B. Spitzer
American Civil Liberties Union of the National Capital
4301 Connecticut Ave. NW, Suite 434
Washington DC 20008
artspitzer@gmail.com

Alex Abdo
Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th FL
New York, NY 10004

_____
CORBIN A. WEISS
ASSISTANT UNITED STATES ATTORNEY