**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR NONDISCLOSURE ORDER PURSUANT TO 18 U.S.C. § 2705(b) FOR GRAND JURY SUBPOENA #GJ2014031422765** | ) ) ) ) ) | **Misc. No.** 14-296<br><br>**FILED UNDER SEAL** |

**APPLICATION FOR ORDER COMMANDING TWITTER, INC. NOT**
**TO NOTIFY ANY PERSON OF THE EXISTENCE OF GRAND JURY SUBPOENA**

The United States requests that the Court order Twitter, Inc. ("TWITTER") not to notify any person (including any subscriber or customer) of the existence or content of the federal Grand Jury subpoena described with particularity below for ninety (90) days or until further order of the Court.

1. TWITTER, located at 795 Folsom Street, Suite 600, San Francisco, CA 94107, functions as an electronic communication service provider (i.e., it provides its subscribers access to electronic communication services) as defined in 18 U.S.C. § 2510(15), and/or as a remote computing service (i.e., it provides computer facilities for the storage and processing of electronic communications) as defined in 18 U.S.C. § 2711(2). Accordingly, pursuant to 18 U.S.C. § 2703(c)(2), on behalf of a federal Grand Jury, the United States may issue a subpoena requiring TWITTER to disclose records and various information related to a subscriber to or customer of the services it provides in furtherance of a federal criminal investigation. See 18 U.S.C. § 2703(c)(2).

2. [redacted]

[redacted].

3. [redacted] On March 14, 2014, on behalf of the Grand Jury, the United States issued Subpoena #GJ2014031422765 (hereinafter, the "Subpoena"), requiring TWITTER to disclose any and all records or information properly sought pursuant to 18 U.S.C. § 2703(c)(2) for the targeted TWITTER account.

4. Based on prior dealings with TWITTER, the United States is aware that, absent a court order under 18 U.S.C. § 2705(b) commanding TWITTER to delay notice to its subscriber or customer, it is TWITTER's practice and policy, upon receipt of a subpoena seeking subscriber or customer information, prior to producing the records or information sought in the subpoena, to notify the subscriber or customer of the existence of the subpoena to give him or her a reasonable amount of time to move to quash the subpoena.

5. Under 18 U.S.C. § 2705(b), this Court has authority to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order. The Court shall enter such an order if it determines that there is reason to believe that notification of the existence of the warrant, subpoena, or court order will result in . . . flight from prosecution . . . destruction of or tampering with evidence . . . [or] seriously jeopardizing an investigation . . . ." 18 U.S.C. § 2705(b)(2), (3), and (5).

6. The issuance of an order under 18 U.S.C. § 2705(b), requiring TWITTER not to notify any person (including any subscriber or customer) of the existence or content of Subpoena #GJ2014031422765 for ninety (90) days or further order of the Court is appropriate because the subpoena relates to an ongoing criminal investigation that is neither public nor known to the target(s) of the investigation, and its disclosure would alert the target(s) to the ongoing investigation. Moreover, notification to the subscriber or customer of the existence of Subpoena #GJ2014031422765 at this time would give the target(s) an opportunity to evade prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates of the Government's efforts in furtherance of seriously jeopardizing the investigation. See 18 U.S.C. § 2705(b)(2), (3), (5).

7. Pursuant to Rule 6(e)(6) of the Federal Rules of Criminal Procedure, the United States is filing this Application under seal and requests that the Court seal both this Application and the corresponding Order pertaining to Subpoena #GJ2014031422765. As indicated above, these documents relate to an ongoing federal Grand Jury investigation that is neither public nor known to the target(s) of the investigation.

WHEREFORE, the United States respectfully requests that the Court issue the attached Order directing TWITTER not to disclose the existence or content of Subpoena #GJ2014031422765 for ninety (90) days or until further order of the Court, except that TWITTER may disclose the Court's Order and Subpoena #GJ2014031422765 to TWITTER employees to the extent necessary to comply with Subpoena #GJ2014031422765 and to attorneys for TWITTER for the purpose of receiving legal advice.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar Number 447889

By: ______________________

T. Patrick Martin
Assistant United States Attorney
D.C. Bar No. #471965
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7398
Thomas.Martin@usdoj.gov